```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

TRUSTEES OF THE SUBURBAN         )
TEAMSTERS OF NORTHERN ILLINOIS   )
WELFARE AND PENSION FUNDS,       )
                                 )
            Plaintiff,           )
                                 )
     v.                          )   No. 10 C 1323
                                 )
PENNY'S TRUCKING, INC.,          )
                                 )
            Defendant.           )

## MEMORANDUM ORDER

Penny's Trucking, Inc. ("Penny's") has filed what purports to be an Answer to the ERISA Complaint filed against it earlier this year. But the document has been prepared and signed by an individual (presumably the owner or one of the owners of Penny's), although a corporate party must be represented by a lawyer. Hence the Answer is stricken. Just one added point: If some lawyer does hereafter file an appearance and submit a pleading on Penny's behalf, such counsel should be mindful of the noncompliance of present Answer ¶¶7 and 8 with the required disclaimer provisions of Fed. R. Civ. P. 8(b)(5).

                                    _____
                                    Milton I. Shadur
                                    Senior United States District Judge

Date:  March 30, 2010